UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Brock Fredin,

                Plaintiff,

v.

Grace Elizabeth Miller, et al.,

                Defendants.

_____

Civil No. 18-cv-0466-(SRN/HB)

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following change of address information for the undersigned:

| **Old Address:** | **New Address as of April 30, 2018:** |
|---|---|
| K. Jon Breyer | K. Jon Breyer |
| BALLARD SPAHR LLP | KUTAK ROCK LLP |
| 80 S. 8th Street, Suite 2000 | 60 S. 6th Street, Suite 3400 |
| Minneapolis, MN 55402-2119 | Minneapolis, MN 55402-4018 |
| Tel.: (612) 371-3211 | Tel.: (612) 334-5000 |
| Email: breyerj@ballardspahr.com | Email: Jon.Breyer@kutakrock.com |

I will continue to be counsel of record for Defendants Grace Elizabeth Miller and Catherine Marie Schaefer in the above-titled case at my new address.

Dated: May 9, 2018

**KUTAK ROCK LLP**

*/s/K. Jon Breyer*
K. Jon Breyer (#302259)
60 S. 6th Street
Suite 3400
Minneapolis, MN 55402-4018
Tel.: (612) 334-5000
Email: Jon.Breyer@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2018, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all registered CM/ECF participants in this case.

Dated: May 9, 2018.                                        */s/ K. Jon Breyer*
                                                                                K. Jon Breyer