Dear Judge Bowbeer, March 24, 2019

RE: Fredin v Miller et al, Case No. 18-CV-466

RECEIVED BY MAIL
MAR 27 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

I write in reference to the Order setting pretrial conference dated March 8, 2019 in the above-captioned matter.

I respectfully oppose Defendants ability to conduct a Rule 35 medical examination without also being compelled by the Court to reciprocate with the same Rule 35 medical examination of Defendants.

Given that Defendants have initiated state criminal cases, it is my belief this Court may likely have to compel this discovery directly from Defendants. It is my position that either a Rule 35 is required for all parties or none in the interests of justice and fairness.

Thank you for your continued courtesies and attention to this matter

Dated: March 24, 2019
Maplewood, MN

Respectfully,

s/Brock Fredin
1180 7th Ave
Baldwin, WI

SCANNED
MAR 28 2019
U.S. DISTRICT COURT ST. PAUL