# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>          Plaintiff,<br><br>v.<br><br>Lindsay Middlecamp,<br><br>          Defendant. | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:   17-cv-3058 (SRN/HB)<br>Date:   July 11, 2019<br>Courthouse:   Saint Paul<br>Courtroom:   By telephone<br>Recording:   None<br>Time Commenced:   9:32 AM<br>Time Concluded:   9:57 AM<br>Time in Court:   25 Minutes<br>(13 mins in 17-3058 &<br>12 mins in 18-0466) |
| Brock Fredin,<br><br>          Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller and<br>Catherine Marie Schaefer,<br><br>          Defendants. | 18-cv-0466 (SRN/HB) |

Hearing on: **STATUS CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Brock Fredin, *pro se*

    Defendant:    Jon Breyer, Adam Bollinger

**PROCEEDINGS:**

    ☐    In Person

    ☐    By telephone

**Other Remarks:**

    The parties updated the Court on the status of initial disclosures and discovery. Mr. Fredin will provide a written settlement demand to Defendants' counsel no later than **July 19**. Defendants will respond no later than **August 2**. The Court and the parties discussed

2

the Defendants' intention to seek a protective order governing depositions in this case. Defendants' counsel will provide a proposed protective order to Mr. Fredin by **July 17**, and the parties will diligently meet and confer over the next couple of weeks to narrow or resolve any disputes.  Defendants will file any necessary motion regarding the protective order promptly thereafter so that the progress of discovery is not impeded.  The parties also intend to promptly serve written discovery on each other as well.

The Court will hold another status conference by telephone on **at 8:30 a.m. on September 3, 2019**.  Conference bridge information will be circulated a few days in advance of the call.

  s/ *Judith M. Kirby*  
Courtroom Deputy