1180 7ᵗʰ Ave
Baldwin, WI 54002

RECEIVED
JUL 10 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

17-CV-3058
18-CV-510
18-CV-466

This is my new address.

Dated: 7-10-19      s/ Broch Fredin

SCANNED
JUL 10 2019
U.S. DISTRICT COURT ST. PAUL