# Brock Fredin

Baldwin, WI 54002 ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date:  September 6, 2019

**BY ECF**

Hon. Magistrate Judge Hildy Bowbeer
United States District Court
316 Robert St N
Saint Paul, MN 55101

Re:  *Fredin v. Miller et al.*, Case No. 18-cv-466-SRN-HB

Dear Judge Bowbeer:

I write to respectfully move the Court to withdrawal Interrogatories served dated September 5, 2019 on counsel for defendants.

I am serving the attached Interrogatories to comply with Rule 33(a)(1).  (*See* Ex. A.)

I thank the Court's for its attention to this matter and its continued courtesies.

Respectfully submitted,

s/ Brock Fredin

Brock Fredin

cc:  K. Jon Breyer (by ECF)
     Adam C. Ballinger (by ECF)

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>      Plaintiff,<br><br>--against--<br><br>GRACE MILLER,<br>CATHERINE SCHAEFER<br><br>      Defendants. | Case No. 18-CV-466 |

**PLAINTIFF BROCK FREDIN'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are requested and required to furnish answers to the following Interrogatories to Plaintiff Brock Fredin within thirty (30) days from the date of service. These Interrogatories are continuing and require supplemental answers if additional responsive information is obtained, discovered or created.

DEFINITIONS

a. "You" or "Your" means Defendant Grace Miller or Catherine Schaefer in the action *Brock Fredin v. Grace Miller et al*, Court File No.: 18-cv-466, pending in the United States District Court for the District of Minnesota, and any other person acting or purporting to act under the authority or on behalf of Defendant Grace Miller or Catherine Schaefer, including her agents, attorneys and representatives.

b. "Brock Fredin" or "Plaintiff" means Plaintiff Brock Fredin in the action *Brock Fredin Grace Miller*, Court File No.: 18-cv-466, pending in the United States District Court for the District of Minnesota.

      c.     "Document" includes, without limitations, all original written, typed or recorded material or thing of any nature whatsoever, including but not limited to electronic, electromagnetic, or digital recordings, files, or computerized data files and compilations, such as emails, facsimiles correspondence, notes, memoranda, digital photographs, word documents, digital media, text messages, photographs, metadata and reports, in Your possession, custody or control, in the possession, custody or control of Your Chambers, or Your present or former attorneys, agents, representatives or other persons acting or purporting to act on Your behalf's possession, custody or control. "Document" also included any document affixed to or attached to any document otherwise responsive to this demand, all drafts, and all non-identical copies regardless of origin or location.

      d.     The term "communication" means, without limitation, any transmission or exchange of information between two or more persons, orally or in writing, and includes, without limitation, any conversation, contact or discussion, whether face-to-face or by means of telephone, letter, correspondence, memorandum, facsimile, e-mail, instant message, social media, text message or any other electronic or media, form, where by chance or design.

      e.     The term "identify" with respect to persons means to give, to the extent known, the person's full name, present or last address, and when referring to a natural person, additionally the present or last know place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

      f.     The term "identify" with respect to documents means to give, to the extent known, the (i) type of document; (ii) general subject matter of the document; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s) of the document.

g. The term "identify" with respect to communications means to give, to the extent known, the (i) names, addresses and last known places of employment of the participants of the communication; (ii) the subject matter and precise content of the communications; (iii) the location(s) of the communication; (iv) the mode or means of the communication (*e.g.*, written, by telephone, email, meeting, etc.); and (v) the date of the communication.

h. "Including" means "including without limitation."

i. A document or communication "concerning" or "relating to" a given subject matter means that it concerns, constitutes, contains, embodies, comprises, reflects, identifies, states, refers to, deals with, comments on, responds to, describes or analyzed that subject, including documents, communications or correspondence concerning the contents of other documents, communications or correspondence.

j. The connective "and" and "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of these response all responses that might otherwise be construed to be outside of its scope and to give this Demand the broadest reading.

k. The singular form of a word shall be construed to include within its meaning the plural form of the word and vice versa and the use of any tense of any verb shall be considered to also include all other tenses in a manner that gives this Demand the broadest reading.

INTERROGATORIES

1. Identify each and every person with whom You have had a communication with concerning or relating to Plaintiff Brock Fredin and describe those communications, including the date and location of where such communication took place, the subject matter of each communication and the name of each person present at the time of such communication.

2. Identify all persons who may have knowledge of the facts and/or allegations contained in the complaint filed in the above-captioned action and state Your understanding of their knowledge.

3. Identify all persons who You intend to call as witnesses at a hearing or trial in this action and give a summary of their anticipated testimony.

4. Identify each exhibit You intend or reasonably expect to introduce into evidence at any hearing, trial and depositions or by affidavit in this action.

5. Identify the substance and factual basis for each and every allegation contained in Plaintiff's complaint filed in this action.

6. Identify the date, time, and location in which You made police reports against concerning or relating to Plaintiff Brock Fredin.

7. Identify the date, time, and location in which You made police reports against concerning or relating to Plaintiff Brock Fredin.

8. Identify all communications You had, including identifying the individuals with whom You had the communications, the dates, times, and locations that formed that basis of Your February 22, 2017 City Pages Article statements in which you stated to City Pages staff or implied:

    a. Plaintiff had posted profiles on "datingpsychos.com" or statements referencing labeling You as a "bully"
    b. "(text messages) Some sexually suggestive, continued for weeks".
    c. After a few dates, she sensed something was off. One night, what the woman now calls a set of "creepy" text messages pushed her over the edge, and she broke it off.
    d. Then she coached Schaefer through getting her own
    e. The date never happened. Before they met in person, Fredin sent a series of "very odd" and intense texts. Schaefer decided a meeting was "not in her best interests."

   f. "dozens of times by unfamiliar cell phone numbers and online dating profiles."

9. Identify all continuing sexually suggestive messages that continued for weeks.

10. Identify all usernames, profiles, emails hashtags, or Internet alias's You have used to track, investigate, or communicate relating to or concerning Plaintiff Brock Fredin.

11. Identify the date, time, and location in which You were stood up for a date by Plaintiff Brock Fredin.

12. Identify the date, time, and location or any knowledge therein associated with civil process service relating to or concerning Plaintiff Brock Fredin.

13. Identify and describe each and every communication You have had with each of the following individuals or entities concerning or relating to Plaintiff Brock Fredin:

   a. Lindsey Middlecamp

   b. Emma Miller

   c. Rebecca Esselstein

   d. David Middlecamp

   e. Rachel Albrecht-Miller

   f. Margaret L. Miller

   g. William Miller

   h. Joshua Post Lee

   i. Tiffany Dynamite Roberts

   j. Natalie Rierson

   k. Britta Dee

   l. Karmen McQuitty

   m. Mike Mullen (City Pages)

n. City Pages

o. Hannah Sayle

p. Jenavieve Hatch

q. Mark Shrayber

r. Suana Society

s. Michael Olafson

t. Mark Doe (Lindquist and Vennum lawyer mediating)

u. Minneapolis City Attorney Susan Segal

v. Minneapolis Police Department

w. Saint Paul Police Department

x. Minneapolis City Attorney's Office (civil)

y. Saint Paul City Attorney's Office Staff (civil)

z. David McCabe

aa. Paula Kruchowski

bb. Peter Mayer

cc. Mary Ellen Heng/Stephen Heng (married couple)

dd. Tubman Society

ee. Lucinda Jesson

ff. Kevin G. Ross

gg. Heidi S. Schellas

hh. Elizabeth Clysdale

ii. Michael Boulette

Dated: August 31, 2019
      Richfield, MN

                                                                                                        s/ Brock Fredin
                                                                                                        _____
                                                                                                        Brock Fredin
                                                                                                         Baldwin, WI 54002
                                                                                   (612) 424-5512 (tel.)
                                                                                   brockfredinelgal@icloud.com
                                                                                   *Plaintiff, Pro Se*

TO:    K. Jon Breyer
          Kutak Rock
          60 South 6th Street
          Suite 3400
          Minneapolis, MN 55402
          *Counsel for Defendants*
          *Grace Miller*
          *Catherine Schaefer*

          Adam Ballinger
          Ballard Spahr
          2000 IDS Center
          80 South 8th Street
          Minneapolis, MN 55402
          *Counsel for Defendants*
          *Grace Miller*
          *Catherine Schaefer*