UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>              Plaintiff,<br><br>--against--<br><br>GRACE MILLER,<br>CATHERINE SCHAEFER,<br><br>              Defendants. | **DECLARATION OF BROCK FREDIN**<br><br>Case No.  18-CV-466 |

STATE OF WISCONSIN        }
                                        ss:
COUNTY OF SAINT CROIX    }

      BROCK FREDIN, being duly sworn, deposes and says:

      1.      I am the Plaintiff in the above-captioned proceeding.  I submit this supplemental declaration in support evidencing the blackoutx2 profile delivery within the November 15, 2019 discovery in objection to Defendants February 7, 2020 Rule 37 sanctions motion and February 24, 2020 reply.   For the reasons stated herein Defendants motion should be denied in its entirety.

## **AUTHENTICATION OF DOCUMENTS**

      2.      Attached hereto as **Exhibit A** is a true and correct copy of proof of delivery of the blackoutX2 profile within the November 15, 2019 dropbox.com directory.

Compliance With this Court's Discovery Directives

1

3.      I delivered all discovery on November 15, 2019 and in prior discovery phases. I organized the November 15, 2019 discovery to ensure total compliance with this Court's order. I redacted the unique dropbox.com Internet address based on privacy concerns.

4.      I searched all known devices pursuant to this Court's discovery order. I was unable to search a small number of irrelevant devices because of evidence taint, inaccessibility, or burden.

5.      I provided copies of the blackoutx2 profile in the November 15, 2019 discovery and all prior discovery phases. I provided PDF and images of the profile. Any accusation to the contrary is false.

6.      I did not create the blackoutx2 profile. I did not have any advanced knowledge of the profile. In May 2016, Catherine Schaefer used the profile to send a message stating "we will be coming soon" and then filed a June 2016 petition against me in Ramsey County District Court captioned *Schaefer v. Fredin*, Case No. 62-HR-CV-16-411 further proving her actions to create the profile blackoutx2. I now believe the term "we" and "x2" represents either Grace Miller or Lindsey Middlecamp. The term "blackout" represents their doxing campaign. I would not have known that Catherine Schaefer was going to file the petition. It would have been impossible for me to predict her future actions 1) filing the above described state court petition; or 2) their smear campaign against me on @CardsAgstHrsmt to fashion such a statement. Furthermore, Catherine Schaefer maintains a profile there with the username "GlitterBomb29" which follows the exact same naming syntax as blackoutX2 and EpicViewF12 that Catherine Schaefer followed when creating the profiles 1) two compound words interjected together to form one word e.g., "black" and "out" or "glitter" and "bomb"; and 2) followed by numbers "X2" or "29". Moreover, the profile is similar to Lindsey Middlecamp's revenge pornography tactics on her Twitter account @CardsAgstHrsmt and #shirtlessshamers. Recent evidence in a February 11, 2020 FOIA

production illustrates that Catherine Schaefer acted in concert with Lindsey Middlecamp to "fabricate" evidence. Moreover, afterwards I later pieced together evidence and found that Catherine Schaefer was behind an anonymous blind-date (which listed their sexual orientation as homosexual and appeared male-leaning) and became disgruntled when I stood the anonymous individual (later evidenced to be Catherine Schaefer) up. I did not know that Catherine Schaefer had an Ivy-league bachelors degree from the University of Pennsylvania or who the individual was.

     7.     I believe that Karl Johann Breyer and Adam C. Ballinger are intentionally making a knowingly false statement when they have alleged that Catherine Schaefer is not responsible for the profile.

Dated: March 2, 2020

s/ Brock Fredin
Brock Fredin
Hudson, WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, pro se*



A



