## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

BROCK FREDIN,

          Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

          Defendant.

Case No.  17-CV-3058

---

BROCK FREDIN,

          Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

          Defendants.

Case No.  18-CV-466

---

## <u>SEALED DECLARATION OF BROCK FREDIN</u>

STATE OF WISCONSIN       }
                           ss:
COUNTY OF SAINT CROIX   }

    BROCK FREDIN, being duly sworn, deposes and says:

    1.    I am the Plaintiff in the above-captioned proceeding.  I submit this declaration in support of my May 10, 2020 response.  For the reasons stated herein and within my response dated May 10, 2020, a fee award should be denied in its entirety.

## **AUTHENTICATION OF DOCUMENTS**

2.      Attached hereto as **Exhibit A** is a true and correct copy of my 2019 federal income tax return adjusted gross income.

3.      Attached hereto as **Exhibit B** is a true and correct copy of my 2018 federal income tax return adjusted gross income.

4.      Attached hereto as **Exhibit C** is a true and correct copy of my 2017 federal income tax return adjusted gross income.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a text message with my older brother Ryan Douglas Fredin seeking a breakdown of my mother's funeral expenses.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a credit report from Credit Karma indicating my student loan or credit debts.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a March 7, 2020 adverse FCRA letter emailed to me on May 8, 2020.

8.      Attached hereto as **Exhibit G** is a true and correct copy of related employment emails seeking clarity on my pending termination.

9.      Attached hereto as **Exhibit H** is a true and correct copy of Defendants continued Twitter/Internet stalking campaign to destroy my career.

eth

### *Student Loan Debt*

11.      Upon information and belief, I still owe between $50,000 to $60,000 in student loans to the State of Minnesota or federal government. This is attached as **Exhibit E.**

### *Credit Card Debt*

12.     Upon information and belief, I owe about $12,000 in revolving credit card debt. This is attached as **Exhibit E.**

### Income

13.     Given my past tax returns, I actually averaged less than 8k per year between 2017 and 2019.  This is attached as **Exhibit A-C.**

### Employment

14.     In April and May 2020, I received written notice that I either am or will be terminated from employment *yet again* given Defendants actions as a result of a failed ███████ background check (and not my work performance).  I work for a consulting firm which has been unable to place me on a client project based on Defendants actions to destroy my livelihood.  To be completely clear, I have not been terminated yet but have reached out to a human resources representative for clarity.  This notice and related emails are attached as **Exhibit F-G.**

### Car

15.     My car is barely functioning.  Although it still drives, it requires a $1200-1500 repair fix and another $1500 suggested fix.  The estimate was professionally completed by ██████ ███████ in Minneapolis, MN in January 2020.

### Other Debts

16.     I owe my brother Ryan Douglas Fredin about $7000 related to Defendants actions to falsely imprison me and destroy my professional livelihood.  It appears I owe him 3,000 for my portion of expenses related to my mother's funeral, the cost of first trying to keep her dog alive and subsequently putting her dog down after an infection (because my mother could not afford vet bills to originally treat the infection), storage fees, or other related fees.  It bears noting, my

███████████████████████████████████████████████

████████████████████████████████████████████████████████████

financially impact my brother Ryan and me.  This is attached as **Exhibit D AND I.**

<u>Defendants Continued Doxing Campaign</u>

17.    Catherine Schaefer did indeed report usernames contained in discovery.  I have only sought protection from Defendants stalking and felony actions.

18.    In October 2019, I was made aware that Lindsey Middlecamp's husband, David Middlecamp, had directed his friend, Tony Webster, to start a new Twitter campaign against me based on Defendants original conduct.  It bears noting that Tony Webster regularly draws thousands of re-tweets.  This evidence is attached as **Exhibit H.**

19.    On May 9, 2020 I did an Internet search for my name Brock Fredin and found yet more new nasty comments from Defendants about me online used to continue to destroy my ability to maintain a career.  This evidence is attached as **Exhibit H.**

Dated: May 11, 2020
Saint Croix County, WI

*Bde Fdi*

s/ Brock Fredin
Brock Fredin
Saint Croix County, WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, pro se*



[redacted]

# B











[redacted]

[redacted]

[redacted]

[redacted]

Yesterday 8:40 PM

Do you have any bills from the funeral?  I need them.

Ha.. for what?  I do have many...

I'll find em tomorrow...

Do you have anything small, like an email, with a total cost/expense?

No...  why?

Funeral home costs 5k... another 1-2 k in related out of pocket costs

How much is my part in funeral expenses?

Delivered

3k





# US DEPT OF EDUCATION

Last reported Apr 05, 2020

██████████████

Reported balance

# US DEPT OF EDUCATION

Last reported Apr 05, 2020





Last reported Apr 05, 2020

You've paid off 35% of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020



Last reported Apr 05, 2020



You've paid off **21%** of this loan

Last reported Apr 05, 2020



Last reported Apr 05, 2020



Last reported Apr 05, 2020

You've paid off **26%** of this loan

**Balance Increase**

**Balance Increased
by $8**   -

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

balance increased by **$8** fr

**Balance Increased by $18**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

Be ███████████████████████████ IN
ST ███████████████████████████
ba ███████████████████████████.

**Balance Increased by $2**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

**Balance Increased by $4**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

**Balance Increased
by $12**

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

**Balance Increased by $22**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

**Balance Increased by $20**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

**Balance Increase**

████████████████ & U                    **Balance Increased
                                           by $8**                    -

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

████████████████████████████████████





[redacted]

**March 07, 2020**

[redacted]

[redacted]





# G

you
n
did

ent,
r
ion.

7 Year Criminal-5 Year Employment



played no part in our decision other than providing the information about you, and the agency will not be able to provide you with specific reasons for our decision.











twitter.com/webster/status/1103533157272440832?lang=en





**Tony Webster** @webster · Mar 6

I don't think he's endorsing @mikemullen_ on LinkedIn.

> 12. Defendant Mullen has abdicated ethical journalism, by declaring and waging publicity wars against his targets. He has combined with others to ruin his targets for the sole purpose of fatiguing them into compliance with his radical agenda.

♡ 2    ⟲    ♡ 3

**Tony Webster** @webster · Mar 7

I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

> Defendant Mullen is currently employed as a news editor for the city pages.
>
>    8. Apart and aside from his yellow journalism career, Defendant Mullen maintains extrajudicial conduct with local law enforcement to orchestrate vicious public bigoted attacks. He writes for a bigoted organisation that locals call the "Star and Sickle" identified as the Star Tribune." In his column, Defendant Mullen claims to

Tony Webster ✔ @webster · Mar 6

Select an area to comment on

10. Defendant Mullen has abdicated ethical journalism, by declaring and waging publicity wars against his targets. He has combined with others to ruin his targets for the sole purpose of fatiguing them into compliance with his radical agenda.

💬 2      🔁      ♡ 3      ✉

Tony Webster ✔ @webster · Mar 7

I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

Defendant Mullen is currently employed as a news editor for the city pages.

8. Apart and aside from his yellow journalism career, Defendant Mullen maintains extrajudicial conduct with local law enforcement to orchestrate vicious public tabloid attacks. He writes for a bigoted organization that

This post was created by **Brock Fredin**, a serial rapist, stalker, and harasser of women in the Minneapolis/St. Paul area. **Brock Fredin** frequently retaliates against ...

00466-SRN-HR   Document 159   Filed 06/24/20





