# Brock Fredin

Hudson, WI ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date:  June 29, 2020

**BY ECF**

Hildy Bowbeer
United States District Court
316 Robert St N
Saint Paul, MN 55101

> Re:   *Fredin v. Miller et al.*, Case No. 18-cv-466
> *Fredin v. Middlecamp*, Case No. 17-cv-3058

Dear Ms. Bowbeer:

I am requesting leave to file a motion for reconsideration on the narrow issue of sanctions against Mr. Breyer within the order dated June 26, 2020.  I am demanding that Mr. Breyer be sanctioned for his fifth or sixth frivolous and abusive sanctions request.

In his letter, Mr. Breyer requested an "Order to Show Cause" because Mr. Breyer alleged that he did not immediately receive a document. (*See* Dock. No. 160, Breyer June 24, 2020 Ltr.)  Mr. Breyer apparently has no patience and expects people to act immediately at his own whim.  Mr. Breyer does not get to use this venue to treat me like trash.  I deserve an apology from this court, Mr. Breyer, and Defendants.

In light of George Floyd[1], it is unconscionable that this court has not addressed Defendants use of this venue to facilitate their violence, tampering, and ongoing misconduct.  I should not have to be treated like Mr. Breyer's personal sanction machine or proverbial punching bag.

This court has already tainted its judicial record underline forever and immediate peaceful legitimate protest should be expected.  Most sickening, this court deliberately insulted my mother on the anniversary of her death.  It is time this court immediately recuse itself to avoid further prejudicing these cases on behalf of Defendants.

---

[1] On the eve of George Floyd, this court dismissed a valid malpractice claim – certified by an expert opinion - in favor of the law firm Halberg.  The courts timed the dismissal to coincide with its retaliatory sanction in this case.  The courts clerks must preserve any communication and documents to preserve this timed retaliation.  The court even outrageously mocked me by alleging I had not retained the expert.  The malpractice claim alleged Halberg had tanked proceedings on behalf of Defendant Middlecamp and Minneapolis law enforcement officials.  The same firm now represents Minneapolis police officer Derek Chauvin.  The same firm that commits malpractice to coverup Minneapolis law enforcement corruption and violence.  Undoubtedly, this court has done everything in its power to shape, incentivize, and encourage Minneapolis law enforcement violence and corruption by prejudicing all proceedings to suppress exposure.  It even attempted to censor docket entries without citing any rule of federal civil procedure or known law.

This is the fifth (5) or sixth (6) frivolous sanctions request in Mr. Breyer's scheme.  Mr. Breyer can use this court to engage in a conspiracy with Defendants, fabricate allegations including admissions of "providing unique false information" to "fabricate", lie about discovery productions, engage in obstruction of justice, tamper with state court proceedings, withhold exculpatory evidence, constantly threaten me with sanctions, use Ms. Middlecamp's position as a federal prosecutor to threaten me in meet-and-confer emails, file unrelated bloody photos of my mother in public dockets, leak discovery productions, scheme to file six (6) sanctions motions/requests, prevent me from exposing Defendants violence by stealing my Constitutional rights for 150 years, cover up extrajudicial raids, coverup extrajudicial communication to state court judges, but the court sanctions me for a minor *pro se* mistake to incentivize the leaking of discovery productions. It is absolutely unfathomable that the court allowed this to happen particularly on the eve of George Floyd.

In light of George Floyd events, in a case where Defendants illegally tortured me using their positions in Minneapolis law enforcement, the court outrageously mocked me seven days prior, and timed several retaliatory moves including dismissals and sanctions.  If the court wants to make the comments that describing these events as "assault, torture, and kidnapping" were not "helpful", then it should consider imagining the experience that Defendants put me through before engaging in such inflammatory commentary directed at me.  Even worse, the court is offering reparations to line the pockets of Defendants where they post racist naked photos of black men.[2]  Given Defendants conduct, I have lost everything.  The court needs to wake up and face the truth.  The court must immediately recuse itself from any proceeding involving me.

Let me be more clear, during discovery Defendants put me in a concentration camp, tortured, assaulted, took me from my mother, and kidnapped me.  Thereafter, while I was homeless, barely surviving, living in a car, this court prevented me from obtaining discovery but forced me to complete Defendants burdensome discovery requiring hundreds of hours of work.  Afterwards, when I was miraculously able to briefly regain footing in my career, the court sanctioned me as a *pro se* litigant to incentivize Defendants doxing campaign during a Covid layoff environment while unemployment reached great depression era level.

This court is holding me as a *pro se* litigant to a higher legal standard than licensed attorneys.  The court has turned its back and abandoned me as a United States citizen.  Mr. Breyer's ongoing harassment scheme to repeatedly ask for frivolous and abusive sanctions requests must cease immediately.  It is incredibly stressful.  Mr. Breyer must be sanctioned immediately to prevent this harassment from continuing.

Sincerely,

s/ Brock Fredin

cc:     All Parties (By ECF)
        United States Senate Committee on the Judiciary (By USPS)

---

[2] https://1.bp.blogspot.com/-
v7hs1dylKV8/VvINdr5AijI/AAAAAAAA2yo/WriynH0kr3EkmL7zDo_lXgrMqBPNoH0BA/s1600/Lindsey.jpg