UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

           Plaintiff,

v.

Grace Elizabeth Miller, et al.,

           Defendants.

Court File No. 18-cv-00466 (SRN/HB)

### DECLARATION OF K. JON BREYER

I, K. Jon Breyer, declare as follows:

1.    I am a partner in the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matter. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2.    Attached as **Exhibit 1** is the May 22, 2018 Order granting Catherine Schaefer's motion to show cause for contempt.

3.    Attached hereto as **Exhibit 2** is the Affidavit of Catherine Schaefer filed with the Ramsey County District Court on June 29, 2016 in support of her petition for a harassment restraining order against Brock Fredin. The exhibit also contains the Order of the Court granting the requested HRO.

4.    Attached as **Exhibit 3** is the February 22, 2017, City Pages story titled "Accused stalker Brock Fredin is writing a horror story, and he's the main character."

2

5. Attached hereto as **Exhibit 4** are select pages from the deposition of Brock Fredin (pp. 53-88, 94, 111-122, 127-143).

6. Attached as **Exhibit 5** are the www.collarspace.com messages and profiles Fredin claims are fake and caused him to receive solicitations for sex (Fredin deposition Exhibits 3-7, 11 and 12).

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23th day of July, 2020 at Minneapolis, Minnesota.

*/s/K. Jon Breyer*
K. Jon Breyer
