# EXHIBIT 5

www.collarspace.com/personals/m/r/id/-140382975O/PerPage/20/PageNum/5/read.htm

**DO NOT SEND MONEY TO OTHER USERS FOR ANY REASON!**
Read about Common Scams and Online Safety Information

## Message Details

**From:** EpicView

**Dated:** 5/29/16 3:47 AM

I am really lonely. Can you talk to me?

Description: Male Slave
State: Minnesota
Height: 5'9"
Weight: 157 lbs
Age: 31
Orientation: Bisexual
Ethnicity: Caucasian
Last Online: 06/29/16

Reply to Message | Unblock Sender | Add to Favorites | Save Message | Delete Message | Report Message | View Sender's Profile

Mark as Spam and Delete

### Recent Message History:

**GlitterBomb29** on 5/29/16 at 3:57 AM:

Where in MN are you

**EpicView** on 5/29/16 at 3:47 AM:

I am really lonely. Can you talk to me?


PENGAD 800-631-6989
EXHIBIT
Fredin 3
12/5/19

(Sidebar navigation: Message Boards, Who's Viewing Me?, Video Journals, Audio Journals, Browse Photos, Chatrooms, Newest Local Users, Mobile Interface, Admirers, Read Mail, Edit Journal, Edit Profile, Audio Greeting, Video Greeting, My Account, Featured, Banners, Friends, Toys, Help, Support, Logout)

 

Brock F <brockf12@gmail.com>

## Welcome to collarspace.com!
2 messages

**Collarspace.com** <noreply@collarspace.com>  Thu, Jun 2, 2016 at 8:20 AM
To: brockf12@gmail.com

Welcome to Collarspace.com!  The Largest BDSM Community on the Planet!!

For future reference, your login information is:

Username: epicviewfu
Password : cj050589

Have Fun!

The Collarspace Team

**Collarspace.com** <noreply@collarspace.com>  Thu, Jun 2, 2016 at 8:33 AM
To: brockf12@gmail.com

Welcome to Collarspace.com!  The Largest BDSM Community on the Planet!!

For future reference, your login information is:

Username: BlackOutx2
Password : cj050589

Have Fun!

The Collarspace Team



EXHIBIT
Fredin 5
12/5/19

PLEASE **DO NOT SEND MONEY** TO OTHER USERS FOR ANY REASON
NEVER GIVE OUT YOUR HANGOUTS, SKYPE OR OTHER MESSENGER ID
LEGITIMATE USERS WILL NEVER REQUEST "TRIBUTE" OR GIFT CARDS
OR TRY TO IMMEDIATELY MOVE THE CONVERSATION OFFSITE
IGNORE MESSENGER IDS AND EMAIL ADDRESSES SENT IN MESSAGES
DO NOT GIVE YOUR EMAIL ADDRESS TO OTHER USERS
IGNORE REQUESTS TO SEND TEXT MESSAGES
DO NOT OPEN WEBSITE LINKS SENT IN MESSAGES
Online Safety Information

**From:** BlackOutx2

**Dated:** 6/5/16 9:26 AM

Any interest?
Are those recent pictures?

[ Reply to Message ]  [ Block Sender ]  [ Save Message ]  [ Delete Message ]
[ Mark as Spam and Delete ]  [ Report Message ]  [ View Sender's Profile ]
[ Add to Favorites ]

**Description:** Dominant Couple
**City:** St.Paul
**State:** Minnesota
**Country:** US
**Height:** 6' 4"
**Weight:** 235 lbs
**Age:** 34
**Orientation:** Bisexual
**Ethnicity:** African Descent
**Last Online:** 09/15/16

**Recent Message History:**

**BlackOutx2** on 6/10/16 at 7:46 AM:

We know about you. We will be coming soon.

**BlackOutx2** on 6/5/16 at 9:26 AM:

Any interest?
Are those recent pictures?

Receiving too many messages?
Set your Mail Controls to filter out unwanted senders.



Copyright © 2019 Collarspace.com and VSpin.net. All Rights Reserved.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
Stolen Photos / DMCA | Privacy Policy | Spam Policy | Support | Terms of Service



10

blackoutx2

Did you mean: *blackout 2*

1–6 of 6

| | | | |
|---|---|---|---|
| Collarspace.com | Inbox | New message on collarspace.com for BlackOutx2 from alanna020 - Login Here BlackOutx2, You received a message on Collarspace.com from alanna020 on 6/2/16 at 3:05 PM (PST) Click here to | Jun 2 |
| Collarspace.com | Inbox | New message on collarspace.com for BlackOutx2 from atyourfeet1965 - Login Here BlackOutx2, You received a message on Collarspace.com from atyourfeet1965 on 6/2/16 at 9:41 AM (PST) Clic | Jun 2 |
| Collarspace.com | Inbox | New message on collarspace.com for BlackOutx2 from dianefritz8395 - Login Here BlackOutx2, You received a message on Collarspace.com from dianefritz8395 on 6/2/16 at 8:15 AM (PST) Click | Jun 2 |
| Collarspace.com | Inbox | New message on collarspace.com for BlackOutx2 from Makemeurwife - Login Here BlackOutx2, You received a message on Collarspace.com from Makemeurwife on 6/2/16 at 7:21 AM (PST) Clicl | Jun 2 |
| Collarspace.com (2) | Inbox | New message on collarspace.com for BlackOutx2 from loyalsub4Master - BlackOutx2, you received a message on Collarspace.com from loyalsub4Master on 6/2/16 at 7:00:00 AM. You can click here | Jun 2 |
| Collarspace.com (2) | Inbox | Welcome to collarspace.com! - For future reference, your login information is: Username: BlackOutx2 Password : cj050589 Have Fun! The Collarspace Team | Jun 2 |

Some messages in Trash or Spam match your search. View messages.



PENGAD 800-631-6989
EXHIBIT
Fredin 6
12/5/19

in spam blackoutx2

| | | | | 1-12 of 12 | |
|---|---|---|---|---|---|

| | Spam | New message on collarspace.com for BlackOutx2 from needrealpain - Login Here BlackOutx2 You received a message on Collarspace.com from needrealpain on 6/30/16 at 8:00 AM (PST) Click | Jun 30 |
|---|---|---|---|
| | Spam | New message on collarspace.com for BlackOutx2 from MastThomas - Login Here BlackOutx2 You received a message on Collarspace.com from MastThomas on 6/29/16 at 7:47 AM (PST) Click t | Jun 29 |
| | Spam | New message on collarspace.com for BlackOutx2 from Mcluvin - Login Here BlackOutx2 You received a message on Collarspace.com from Mcluvin on 6/27/16 at 8:34 AM (PST) Click here to view | Jun 27 |
| | Spam | New message on collarspace.com for BlackOutx2 from Slave4bigbk - BlackOutx2, you received a message on Collarspace.com from Slave4bigtrix on 6/23/16 at 5:49:51 PM You can click here to | Jun 23 |
| | Spam | New friend invitation on collarspace.com for BlackOutx2 from Slaveboymn691 - Login Here BlackOutx2, You received a friend invitation on Collarspace.com from Slaveboymn691 on 6/23/16 at 2 | Jun 23 |
| | Spam | New message on collarspace.com for BlackOutx2 from Mcluvin - Login Here BlackOutx2, You received a message on Collarspace.com from Mcluvin on 6/22/16 at 8:52 AM (PST) Click here to view | Jun 22 |
| | Spam | New friend invitation on collarspace.com for BlackOutx2 from selmer - Login Here BlackOutx2, You received a friend invitation on Collarspace.com from selmer on 6/18/16 at 7:17 AM (PST) Click | Jun 18 |
| | Spam | New message on collarspace.com for BlackOutx2 from Spiritnomad - Login Here BlackOutx2, You received a message on Collarspace.com from Spiritnomad on 6/17/16 at 9:42 PM (PST) Click he | Jun 17 |
| | Spam | New message on collarspace.com for BlackOutx2 from martinboo - Login Here BlackOutx2, You received a message on Collarspace.com from martinboo on 6/14/16 at 8:20 PM (PST) Click here to | Jun 14 |
| | Spam | New message on collarspace.com for BlackOutx2 from Mcluvin - Login Here BlackOutx2, You received a message on Collarspace.com from Mcluvin on 6/14/16 at 7:24 AM (PST) Click here to view | Jun 14 |
| | Spam | New message on collarspace.com for BlackOutx2 from AltGender - Login Here BlackOutx2, You received a message on Collarspace.com from AltGender on 6/12/16 at 3:30 PM (PST) Click here to | Jun 12 |
| | Spam | New message on collarspace.com for BlackOutx2 from Deeperwithme - Login Here BlackOutx2, You received a message on Collarspace.com from Deeperwithme on 6/11/16 at 3:54 PM (PST) Cli | Jun 11 |

14



spam blackoutx2

Collarspace.com

More ▼

Spam   **New message on collarspace.com for BlackOutx2 from Ponieboy4u** - Login Here BlackOutx2, You received a message on Collarspace.com from Ponieboy4u on 11/9/16 at 5:52 PM   Nov

Terms · Privacy

1 GB (64%) of 15 GB used

1–1 of 1

Last account activity: 2 hours

  Brock F <brockf12@gmail.com>

## New message on collarspace.com for BlackOutx2 from atyourfeet1965
1 message

**Collarspace.com** <noreply@collarspace.com>　　　　　　　　　　　　　Thu, Jun 2, 2016 at 11:41 AM
To: brockf12@gmail.com



**COLLARSPACE.COM**　　　　　　　　LOGIN HERE

**BlackOutx2,**

You received a message on Collarspace.com from atyourfeet1965 on 6/2/16 at 9:41 AM (PST)

Click here to view this user's profile.

Click here to view the message.

 Gmail                                             Brock F <brockf12@gmail.com>

## New message on collarspace.com for BlackOutx2 from dianefritz8395
1 message

**Collarspace.com** <noreply@collarspace.com>                          Thu, Jun 2, 2016 at 10:15 AM
To: brockf12@gmail.com



**BlackOutx2,**

You received a message on Collarspace.com from dianefritz8395 on 6/2/16 at 8:15 AM (PST)

Click _here_ to view this user's profile.

Click _here_ to view the message.

 Brock F <brockf12@gmail.com>

## New message on collarspace.com for BlackOutx2 from Makemeurwife
1 message

**Collarspace.com** <noreply@collarspace.com>     Thu, Jun 2, 2016 at 9:21 AM
To: brockf12@gmail.com



**BlackOutx2,**

You received a message on Collarspace.com from Makemeurwife on 6/2/16 at 7:21 AM (PST)

Click _here_ to view this user's profile.

Click _here_ to view the message.

**COLLARSPACE.COM** — The Largest BDSM Community on the Planet

BlackOutx2                    Dom/Domme Couple, 34/30, St.Paul, Minnesota

"Opening a training academy for slaves and submissive persons. Video filming will take place an..."

[ Back to List ]    [ Report ]    [ Zoom ]



EXHIBIT Fredin 11 12/5/19

Your settings for this user:
☐ On Favorites List   ☐ Blocked   ☐ Hidden   [ Save Changes ]

Username: BlackOutx2
Description: Dom/Domme Couple
City: St.Paul
State: Minnesota
Joined: 06/02/16
Last Online: 09/15/16
Primary Partner:
Sexuality: Bisexual
Gender Identity: Male
Orientation: Dominant
Height: 6' 4"
Weight: 235 lbs
Age: 34
Ethnicity: African Descent
Secondary Partner:
Sexuality: Bisexual
Gender Identity: Female
Orientation: Dominant
Height: 5' 10"
Weight: 130 lbs

Opening a training academy for slaves and submissive persons. Video filming will take place and you will share in any proceeds for the DVD and streaming video clips sold thru an online distributor. Please provide one or two face and body (not nude) pictures and your availability for an interview. We are both very dominant and experienced.

Update 6-30-16
We have found our male and trans sub for training/filming, still searching for a sub/slave female, and a couple, both sub/slave. Thank you to everyone who has contacted us, especially the polite and straight forward ones.

You WILL be put through an extensive period of training

**13**

Age: 30
Ethnicity: African Descent

**Actively Seeking:**
Submissive Female
Submissive Male
Submissive Transgender
Sub/Sub Couples

and the videos will be reviewed by both you and ourselves to adjust your training and correct any errors made by yourself. All bondage will be tight to allow for various suspensions and for you to be engaged with many types of devices. A typical training session would be a minimum of 2 hours.

Any "pretenders" or dishonest candidates will be weeded out and discarded immediately. You must be HWP.

We hope all of you in the greater Minn/St.Paul area will come and train with us. We will assess local area candidates first. Please bear with us as we fully checkout the prospective candidates. Security is very important to us. Thank you.

**Journal Entries:**

6/10/2016 7:36:42 AM [Report Entry]

For the local Minn/St Paul BDSM community

Warning - A person most likely known as Brock Fredin has multiple ids such as EpicView on Collarspace.

The person continues to stalk and harass women. He has a known violation of a restraining order that was in place protecting one of the women. Other women are seeking restraining orders against him.

Just saying to watch out, do google search on his images and you will see him.

Copyright © 2019 Collarspace.com and VSpin.net. All Rights Reserved.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
Stolen Photos / DMCA | Privacy Policy | Spam Polic·· | Support | Terms of Service

| Received Mail | Sent Mail | Bulk Mail | | Mail Controls |

PLEASE **DO NOT SEND MONEY** TO OTHER USERS FOR ANY REASON
NEVER GIVE OUT YOUR HANGOUTS, SKYPE OR OTHER MESSENGER ID
LEGITIMATE USERS WILL NEVER REQUEST "TRIBUTE" OR GIFT CARDS
OR TRY TO IMMEDIATELY MOVE THE CONVERSATION OFFSITE
IGNORE MESSENGER IDS AND EMAIL ADDRESSES SENT IN MESSAGES
DO NOT GIVE YOUR EMAIL ADDRESS TO OTHER USERS
IGNORE REQUESTS TO SEND TEXT MESSAGES
DO NOT OPEN WEBSITE LINKS SENT IN MESSAGES
Online Safety Information


EXHIBIT
Fredin 12
12/5/19

**From:** EpicViewf12

**Dated:** 5/31/16 7:41 AM

**Note:** This user does not have an active profile

see ya soon Brock

| Reply to Message | Block Sender | Save Message | Delete Message |
| Mark as Spam and Delete | Report Message |
| Add to Favorites |

**Recent Message History:**

**EpicView** on 5/31/16 at 11:14 AM:

Do not contact me ever again.

**EpicViewf12** on 5/31/16 at 7:41 AM:

see ya soon Brock

Receiving too many messages?
Set your Mail Controls to filter out unwanted senders.



Copyright © 2019 Collarspace.com and VSpin.net. All Rights Reserved.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
Stolen Photos / DMCA | Privacy Policy | Spam Policy | Support | Terms of Service

11