# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 17-CV-3058 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Lindsey Middlecamp, | |
| Defendant. | |

| | |
|---|---|
| Brock Fredin, | Case No. 18-CV-466 (SRN/HB) |
| Plaintiff, | |
| v. | |
| Grace Elizabeth Miller et al., | |
| Defendants. | |

These matters are before the Court on the letter request of Plaintiff Brock Fredin for additional time to respond to the Defendants' Motions to Dismiss [Doc. No. 183 in 17cv3058, Doc. No. 175 in 18cv466]. Mr. Fredin seeks an additional week, to August 20, 2020, to respond to the motions, and makes the request based on COVID-19 restrictions and his professional work. The Court finds that good cause has been shown to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

2

1. Mr. Fredin's response to the Defendants' Motions for Summary Judgment is now due on or before August 20, 2020;

2. Defendants' replies in support of their motions are due on or before September 3, 2020;

3. The hearing on these motions, previously scheduled for September 3, 2020, is CANCELED.  The Court will take the motions under advisement on the papers filed.

Dated: August 14, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
