UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>                Plaintiff,<br><br>--against--<br><br>LINDSEY MIDDLECAMP,<br><br>                Defendants. | Case No. 17-CV-3058<br><br>**DECLARATION OF BROCK FREDIN** |
| BROCK FREDIN,<br><br>                Plaintiff,<br><br>--against--<br><br>GRACE MILLER,<br>CATHERINE SCHAEFER,<br><br>                Defendants. | Case No. 18-CV-466<br><br>**DECLARATION OF BROCK FREDIN** |

STATE OF WISCONSIN      }
                                    ss:
COUNTY OF SAINT CROIX    }

      BROCK FREDIN, being duly sworn, deposes and says:

      1.    I am the Plaintiff in the above-captioned proceeding. I submit this declaration in support of my motion to *sua sponte* cross sanction, opposition to Defendant's preliminary injunction, and opposition to Defendant's motion for summary judgemnet.

## AUTHENTICATION OF DOCUMENTS

1

2. Attached hereto as **Exhibit A** is a true and correct copy of an October 21, 2020 Freedom of Information Act production from the Saint Louis Park, Minnesota police department.

3. Attached hereto as **Exhibit B** is a true and correct copy of a February 22, 2017 Twitter post published by Lindsey Middlecamp sharing a screenshot of Defendant Jamie Kreil's statement that she made a report against Plaintiff with the "St. Louis Park police" in 2010.

4. Attached hereto as **Exhibit C** is a true and correct copy of six (6) October 12, 2020 direct messages intended as false and defamatory public statements believed to originate from Defendant Middlecamp.

## PLAINTIFF BROCK FREDIN'S OCTOBER 2020 FOIA REQUEST

5. On October 18, 2020, I requested a freedom of information act ("FOIA") production by way of the City of Saint Louis Park. The request was made related to records associated with Jamie Kreil's alleged police report purportedly detailing a sexual assault.

6. On October 21, 2020, the Saint Louis Park records department produced a FOIA production detailing extensive searches within their city including the Saint Louis Park Police Department.

7. The production detailed no such police report ever made against Plaintiff, no such report made by Defendant Jamie Kreil against Plaintiff, and no records whatsoever associated with Plaintiff.

8. Furthermore, the production detailed no such report ever made by Grace Elizabeth Miller (DOB: 8/16/84), Catherine Schaefer (believed DOB: 7/18/84) or Lindsey Middlecamp (DOB: 6/22/86).

9. On October 12, 2020, I received six (6) direct messages from Defendant Lindsey Middlecamp. The messages are intended both as private messages (because I received them as private messages) and defamatory public statements   I am only reporting this to document the allegations as I believe her actions will escalate and fear for my safety.

Dated: November 5, 2020
Saint Croix Co., WI

*[signature]*

s/ Brock Fredin
Brock Fredin
Saint Croix Co., WI 54002
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*

**From:** Christine Tuuri ctuuri@stlouispark.org
**Subject:** RE: data requests, please assist
**Date:** October 23, 2020 at 8:59 AM
**To:** brockfredinlegal@icloud.com
**Cc:** Nancy Deno ndeno@stlouispark.org

Good Morning Mr. Fredin,

We have completed your data request. We have no data responsive to your request. Please see our below responses in **RED** to your email requests between October 18, 2020 and October 22, 2020.

Thank you,

**Christine Tuuri**

**Records Supervisor | City of St. Louis Park**
3015 Raleigh Ave. S., St. Louis Park, MN 55416
Office: 952-924-2605 | Fax:(952) 924-2676
www.stlouispark.org
*Experience LIFE in the Park.*


What additional information do you require? I am looking for any police reports made by Jamie Kreil **Data does not exist** in reference to Brock Fredin **Data does not exist**. Secondly, I'm looking for any police reports that reference Brock Fredin **Data does not exist** (namely made by Grace Elizabeth Miller (DOB: 8/16/84) **Data does not exist**, Catherine Schaefer (believed DOB: 7/18/84) **Data does not exist**, or Lindsey Middlecamp (DOB: 6/22/86)) **Data does not exist**.

Thank you,

Brock Fredin

Brock Fredin
brockfredinlegal@icloud.com

brockfredinlegal@icloud.com
612-424-5512

10/18/2020
fredin, brock, w
All responsive documents related to Brock Fredin **Data does not exist** or Jamie Kreil **Data does not exist**. This may include any responsive documents related to Jamie Kreil, Catherine Schaefer (believed DOB: 7/18/84) **Data does not exist**, Lindsey Middlecamp **Data does not exist**, or Grace Elizabeth Miller (DOB: 8/16/84) **Data does not exist**.
fredin, brock, w
The previous request also includes emails, communications, or any data related to the previously mentioned parties: Brock Fredin **Data does not exist**, Jamie Kreil **Data does not exist**, Lindsey Middlecamp **Data does not exist**, Catherine Schaefer **Data does not exist**, Grace Miller **Data does not exist**. This could include requests made on those parties by Laura Pietan, Mary Ellen Heng, or associated parties **We do not have data related to this request**.

10/18/2020
brock fredin
All responsive data, documents, communications, or related material in reference to Brock Fredin **Data does not exist**, Jamie Kreil **Data does not exist**, Grace Miller **Data does not exist**, Catherine Schaefer **Data does not exist**, or Lindsey Middlecamp **Data does not exist**. This makes special emphasis for periods between 2008 to 2010 or between 2015-2020. **We do not have data related to this request**.

# B





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22
The power of sharing. Within hours of the stalking post going up, a rape survivor comes forward. He remains free. (Shared w/ her permission)



8 mins ·

http://www.citypages.com/.../accused-stalker-brock-.../414395703

I've been debating whether or not to post this, but I feel I must. This man raped me 7 years ago. The St. Louis Park police didn't take me seriously then, but I hope they will see now that he is a predator. As I type these words, my hands are shaking, my breath is short, and I have a deep, pulsing ball in the pit of my stomach. This is the physical manifestation of the PTSD I have as a result of him violating my body and robbing me of my dignity. I resent the fact that the police let my case drop. It would have spared his future victims from the heartache and trauma they are most certainly enduring now.





M R • 1 week ago

Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear sites and videos about every judge and lawyer who rules in favor of his victims. Judge Vuelo sent him to jail for stalking a woman, which is why this guy is spewing vitriol all over the internet.

Show less

M.R. • 1 week ago

@Jill Stefansen Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear sites and videos about every judge and lawyer who tries to help his victims. Judge Ross was one of them - when the creep appealed one of the (three!!!) restraining orders against him, Judge Ross upheld it, which is why this guy is spewing vitriol all over the internet.