UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

            Plaintiff,

--against--

LINDSEY MIDDLECAMP,

            Defendant.

Case No. 17-CV-3058

BROCK FREDIN,

            Plaintiff,

--against--

GRACE MILLER,
CATHERINE SCHAEFER,

            Defendants.

Case No. 18-CV-466

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

    Pursuant to Local rule 5.6, Exhibits A-D to the Declaration of Brock Fredin in support of his FRAP 24 IFP have been filed under seal and redaction is impracticable because the interest in preserving the privacy of the individual documents outweighs any public interest in the sealed documents.

Dated: November 16, 2020

                                        s/ brock fredin
                                        Brock Fredin
                                        Saint Croix Co, WI 54016
                                        (612) 424-5512 (tel.)
                                        brockfredinlegal@icloud.com
                                        *Plaintiff, Pro Se*