**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BROCK FREDIN,

               Plaintiff,

   --against--

LINDSEY MIDDLECAMP,

               Defendant.

Case No.  17-CV-3058

**DECLARATION OF BROCK FREDIN**

---

BROCK FREDIN,

               Plaintiff,

   --against--

GRACE MILLER,
CATHERINE SCHAEFER,

               Defendants.

Case No.  18-CV-466

**DECLARATION OF BROCK FREDIN**

---

BROCK FREDIN,

               Plaintiff,

   --against--

JAMIE KREIL,

               Defendant.

Case No.  20-CV-1929

**DECLARATION OF BROCK FREDIN**

---

STATE OF WISCONSIN          }
                           ss:
COUNTY OF SAINT CROIX       }

BROCK FREDIN, being duly sworn, deposes and says:

1.      I am the Plaintiff in the above-captioned proceedings.   I submit this declaration in support of my leave to file a motion for reconsideration in *Fredin v. Kreil* in the district court.

## AUTHENTICATION OF DOCUMENTS

2.      Attached hereto as **Exhibit A** is a true and correct copy of Lindsey Middlecamp, Catherine Schaefer, Grace Miller, and Jamie Kreil's @CardsAgstHrsmt tweets directed at me present to this day.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Lindsey Middlecamp, Catherine Schaefer, Grace Miller, and Jamie Kreil's tweets directed at me on the account @webster.

4.      Attached hereto as **Exhibit C** is a true and correct copy of K. Jon Breyer's October 6, 2020 emails requesting that content be removed as an act of good faith for a few hours during settlement negotiations.

5.      Attached hereto as **Exhibit D** is a true and correct copy of November 18, 2020 comments directed at me online originating from Defendants.

## MISREPRESENTED SETTLEMENT NEGOTIATIONS

6.      As the attached emails show, on October 8, 2020 K. Jon Breyer reached out to me that he <u>independently</u> found the videos and websites and that he would not negotiate or engage in settlement negotiations while they still appear.   In effect, K. Jon Breyer

demanded the content be taken down for two (2) hours as an act of good faith during the settlement negotiations.  I honored this to the extent settlement negotiations were being decided.  K. Jon Breyer and Ann M. Lockner are being totally dishonest and deceptive when they claim I used any content online to try to exploit a favorable settlement.  At no time was I ever trying to extort a favorable settlement with the videos or websites.  K. Jon Breyer and Anne Lockner have presented no evidence to corroborate their false allegation that has now unfortunately been accepted by this Court.  This is attached as Exhibit B.

7.      It is unfortunate that this Court accepted K. Jon Breyer and Ann Lockner's misrepresentations during settlement negotiations.  It is even more unfortunate that the Court repeated these misrepresentations multiple times in the November 23, 2020 Order and used these representations as justification for issuing an unconstitutional prior restraint on my free speech.

8.      Furthermore, Defendant Lindsey Middlecamp sent multiple direct messages to me in October and November 2020 and created an account "Brock Fredin Harassment Response Center".  This is attached as Exhibit D.

Dated: November 24, 2020
Saint Croix Co., WI

s/ Brock Fredin
Brock Fredin
Saint Croix Co., WI 54002
(612) 424-5512 (tel.)

3

brockfredinlegal@icloud.com
*Plaintiff, Pro Se*







**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Tip: if you are described as potentially predatory, perhaps sending emails like this is not the best way to establish how not scary you are:

Date: Wed, Feb 1, 2017 at 5:21 AM
Subject: Ethics Concern
To:

You wrote an article about 'shirtless shamming' in Minneapolis.  That person/account recently did 'victim shamming' someone who was the target of revenge porn.

There is a criminal investigation underway in St. Paul.  We know the stalker is named

We'd like to know if you know Lindsay's name from the Cards Against Harassment account.  We can share any information about the criminal investigation into their stalking and criminal defamation.

They released a victim's work information publicly and created online sex profiles/ads soliciting sex without consent that sent many emails to the victim.  This is against the law.

If you stand for gender equality, justice, etc... You'll help to get Lindsay's name.  Give it to                      Police dept or
                      Police Dept.  Very valuable to prevent revenge porn.

We need it immediately.

We will peacefully protest the Huffington Post for endorsing revenge porn if you don't cooperate.

 17     47     112



**Ryan L.**
@ryanlindberg



Also Brock Fredin there are a lot of people on twitter who won't write emails but will just gleefully dick-punch you into an event horizon



**CardsAgstHarassment** @CardsAgstHrsmt

Replying to @CardsAgstHrsmt

My longer-winded way of saying "Not today, Brock Fredin. Not tomorrow, either."

LIKE
**1**



4:08 PM - 1 Feb 2017

         1



 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

My longer-winded way of saying "Not today, Brock Fredin. Not tomorrow, either."



Re: Ethics Concern

Mr. Fredin,

As you know, I maintain a twitter account that primarily addresses subjects of online and real life misogyny, harassment, rape culture, etc. Although I am not a journalist or a public figure, I endeavor to use my personal social media platform to raise awareness on matters related to gendered violence, equality, and social justice.

Today I was forwarded an email you sent to the Huffington Post which, although somewhat difficult to follow, appears to accuse me of participating in criminal activities. I believe you are well aware that these allegations are false. After reading the Minnesota Court of Appeals decision upholding a restraining order against you, I posted a tweet on January 24 sharing your name with my followers. Beyond that, I have not generated, posted, published, or distributed any content related to you (other than a subsequent tweet posted today publishing a screenshot of your email to the Huffington Post.) Given the complete falseness and lack of support for your allegations of criminal conduct I can only conclude that you sent the email to the Huffington Post for the purpose of harassment or harm to my reputation.

I expect that you will immediately cease and desist any direct contact to myself or indirect contact made to third parties with the purpose of either a) making knowingly false allegations against me or b) finding my personal information (which by extension, seems designed to send the message to me that you are looking for my personal information, which I believe any reasonable person would view as carrying threatening connotations since we have never met and my sole contact related to you has been a tweet containing only factual information.)

In light of the documented history of harassing tactics you have engaged in against other local women I will take any necessary legal steps to protect

**CardsAgstl**

@CardsAgstHrsm

Enduring spark w/
Advocate, intermit
literal card-carryin
about racial/econ

📍 Minneapolis, N



**CardsAgst**

@CardsAgstHrsm

Enduring spark wa
Advocate, intermi
literal card-carryin



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

To those who RT or reply to this thread: my DMs are open. Please let me know if he targets you, your family, your employer, etc. Stay safe.

 6     7     64





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Folks: a person WHO DOES NOT EVEN FOLLOW ME liked the tweet re Brock Fredin, so he sent this email about her to retaliate. This is... a lot.

Date: Wed, Feb 1, 2017 at 4:59 PM
Subject: Ethics Concern
To:

She recently participated in a Twitter campaign shamming a victim of revenge porn. This campaign also released the victim's work information publicly to 20k viewers of the post.

We are asking you to immediately end any relationship with her.

If you do not endorse stalking or revenge porn, we ask that you end any future relationship, and remove any of her content/association from your site.

I'd also like to connect with a reporter about an ongoing campaign that's related to a digital 'reverse brock turner' type of tactic. We have a criminal investigation with the St. Paul Police Dept.

CardsAgstH

@CardsAgstHrsmt

Enduring spark w/
Advocate, intermit
literal card-carryin
about racial/econ/

📍 Minneapolis, M

🔗 cardsagainsth

📅 Joined July 20





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1
The cost of naming, identifying, or talking about harassment & abuse women face should not be silence coerced through more harassment. No.

↩ 1      ⇄ 12      ♥ 74

1 more reply



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

I am just so done w/ predatory people (can we agree? men) intimidating individuals from speaking out, thereby avoiding real accountability.

 1           6          ♥ 48

 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Mostly kidding but...there is at least something *ALMOST* gratifying about someone trying to track me down by contacting @HuffingtonPost.

 3         22



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Like, nailed it, scary man. Emergency contact at the doctor's office?
@HuffingtonPost, duh. My student loans? Co-signed by @HuffingtonPost.

 2             19



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Earlier today I was just surprised. But the reality of a strange man attempting to track me down because I dared speak his name is...scary.

 4      2      39



Update: alias "Felix" on Bumble. Please share if you have friends using dating apps/sites in the Twin Cities & DM if you've been victimized.



**CardsAgstl**
@CardsAgstHrsm

Enduring spark w/
Advocate, intermit
literal card-carryin
about racial/econ

 Minneapolis, M

 cardsagainsth

 Joined July 20

RETWEETS
**93**

LIKES
**54**

    



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Realizing you're being creeped on can impose isolation thru fear. Can I share details of an event, or is this creep going to show up? Etc.

🔁 2      🔁 1      ❤ 29



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

I am just so done w/ predatory people (can we agree? men) intimidating individuals from speaking out, thereby avoiding real accountability.

 1        🔁 6        ♥ 48





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 6

The stories I am hearing about this man confirm that @bumble_app, @Match, @okcupid, @Tinder etc. *need* to require identity verification.

4    11    61

**CardsAgst**

@CardsAgstHrsmt

Enduring spark w/
Advocate, intermi
literal card-carryin
about racial/econ/

📍 Minneapolis, M

🔗 cardsagainsth

📅 Joined July 20

↩ 4        🔁 11        ♥ 61



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 6        ⌄

Regular programming to resume for the most part but I just...oof. I cannot stand knowing these people are in my community targeting women.

↩ 1        🔁 1        ♥ 33



**Lindsay Goldner** @linzlovesyou · Feb 6        ⌄

jesus what a fucking psycho. I've come across borderline dudes but thankfully never that bad (online anyways)

↩         🔁         ♥ 2





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

Thank you, @citypages, for helping shed light on this. Hoping other women living in fear realize they aren't alone.



**Accused Minneapolis-St. Paul stalker Brock Fredin i...**
He'd found two victims. Until they found each other.
citypages.com

1    45    65



### CardsAgstH
@CardsAgstHrsmt

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, M

🔗 cardsagainsth



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

(Shared with permission). Apparently this man is a student of the "teach me about feminism!" school of disingenuous conversation starters:

↩ 6          🔁 42          ❤ 83







**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

The power of sharing. Within hours of the stalking post going up, a rape survivor comes forward. He remains free. (Shared w/ her permission)



8 mins · 🌐

http://www.citypages.com/.../accused-stalker-brock-.../414395703

I've been debating whether or not to post this, but I feel I must. This man raped me 7 years ago. The St. Louis Park police didn't take me seriously then, but I hope they will see now that he is a predator. As I type these words, my hands are shaking, my breath is short, and I have a deep, pulsing ball in the pit of my stomach. This is the physical manifestation of the PTSD I have as a result of him violating my body and robbing me of my dignity. I resent the fact that the police let my case drop. It would have spared his future victims from the heartache and trauma they are most certainly enduring now.

**CardsAgstl**

@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, N

🔗 cardsagainsth

🗓 Joined July 20



1 more reply

**Caroline Royce** @carolineroyce · Jan 24
Replying to @CardsAgstHrsmt
oh gross, I've met this guy before. He kept insisting I was a lesbian because I had short hair.

↩ 1    ⇄ 2    ♥ 26

**CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
OH CHARMING

↩ 1    ⇄    ♥ 12



**CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
I wonder if that's a lazy neg, i.e. "You'd better prove to me you're sexually attracted to men! And by men I mean me. Duh."

 2           30



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 3
Replying to @CardsAgstHrsmt

Update: alias "Felix" on Bumble. Please share if you have friends using dating apps/sites in the Twin Cities & DM if you've been victimized.



↩ 2      ⟲ 93      ♡ 54

**CardsAgstl**
@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, N

🔗 cardsagainsth

🗓 Joined July 20



@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis,



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 6

Regular programming to resume for the most part but I just...oof. I cannot stand knowing these people are in my community targeting women.

↩ 1          ♺ 1          ♡ 33

1 more reply

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, N

↩ 1          ↺          🤍 2



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22
Thank you. Ugh. Creeps & predators abound.

↩          ↺          🤍 2

˅



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

Thank you, @citypages, for helping shed light on this. Hoping other women living in fear realize they aren't alone.



**Accused Minneapolis-St. Paul stalker Brock Fredin ...**
He'd found two victims. Until they found each other.
citypages.com

 1       45       65



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

(Shared with permission). Apparently this man is a student of the "teach me about feminism!" school of disingenuous conversation starters:



 6      42     83

 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 22          ⌄

Replying to @CardsAgstHrsmt

The power of sharing. Within hours of the stalking post going up, a rape survivor comes forward. He remains free. (Shared w/ her permission)





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 23

Replying to @CardsAgstHrsmt

A direct statement shared with me by one of Brock Fredin's victims on some of the details absent from the City Pages article:

As the article describes, I requested a harassment restraining order after multiple instances of unwanted contact. I threatened to call the police twice before even seeking the order, so the unwanted contact was well over the line.

One day, not long after I'd submitted the request, a policeman came to my door to deliver a document – it was a copy of a 24-page order for protection request (which is for victims of domestic abuse) Brock had made against me. Reading through it was one of the worst moments of my life.

Despite the fact that I never harassed, harmed, or threatened to harm Brock, in the request, Brock had checked the boxes saying "I am reasonably in fear of physical harm from the respondent" and that "The respondent engaged in acts of harassment or stalking." He described me as having extreme alcoholic and violent tendencies, and threatening to kill several people. In the request, he took the liberty of diagnosing me with multiple mental health issues, including PTSD, and requesting that the court prohibit me from owning a firearm (I own a handgun – one of the few things that helped me feel safe throughout this ordeal).

He also asked the court that I be ordered to attend a domestic abuse program, to get an alcohol/chemical dependency evaluation, and be forced into mental health treatment. Finally, he requested that the court order me to pay him exactly $2201 for his trouble. His request was denied, but Brock had the opportunity to make his case at our court hearing.

Brock must not have been that afraid of me, because in the hearing, he told the judge that he would withdraw this order for protection request if I withdrew my harassment restraining order request. Clearly this was an effort to silence me. Though I didn't back down from seeking the restraining order (which was granted), I stayed silent as he smeared my reputation on the internet and wrote open letters to me from social media accounts for months (sometimes saying he loves me, sometimes calling me a bully, or worse). I'm so glad this is in the open now. I don't know if there will ever be justice for what happened to me and to Catherine and so many others. Throughout this totally horrific episode, I keep getting told that much of his behavior is either legal or almost impossible to prove in court. But at least this way other women will be warned – and I hope that it will encourage them to seek justice, or at least protection, whatever the obstacles.

 5  14  31



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

I'm not going to amplify his distorted views but I want to be clear: I am not friends with, let alone related to, Brock Fredin's victims.

8)_____ releases large scale Twitter smear campaign following the appeal through her Sister's account (cowardly).
9) Releases a highly inaccurate, dramatic, and false City Pages hit piece.

↩ 1        ⟲ 4        ♡ 17

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

I use this twitter account to discuss feminism, gender violence, etc. I do not need to be connected to victims to believe & support them.

 1       3       51

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

My anonymity should not be used as an excuse to target or blame random people who have nothing to do with my tweets but are easier to find.

 1         3         26



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1 ⌄

Replying to @CardsAgstHrsmt

Here is what we should all expect of perpetrators who find themselves backed into a corner facing public accountability like Brock Fredin:

 1        2        12



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

1. Take stock. Do not contact any of your victims to apologize or ask for forgiveness, but tell the authorities their names & what you did.

 1       2      20



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

This includes each & every woman who has had to ask you more than once to cease contact. Not just the 2 who took legal action. It's a list.

 1       2      ♥ 15



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1



Replying to @CardsAgstHrsmt

Every person you contacted from new numbers or accounts to avoid being ignored is a victim whose info you should give to the police.

 1       2       13



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

2. Stop blaming other people for spreading word about your behavior. Stop trying to retaliate against the people you blame. Be accountable.

 1     3     22



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

3. Offer a plea deal that takes accountability for the scope of people you've hurt & plans a path forward.

 1      2      13



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

Because let's be real: multiple people have come forward describing stalking, harassment, and now, rape. This is not a misunderstanding.

 1      3      30

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 3
Friday is date night which means worrying for women encountering Brock
Fredin/Dan/Will/Felix/etc.alias on dating apps. DM me if you see him.

 **CardsAgstHarassment** @CardsAgstHrsmt
Women of MN: this is Brock Fredin, aka Dan/Will. He has
at least two restraining orders against him. Please RT to
help keep women safe.

 1           21            28



## CardsAgstHarassment @CardsAgstHrsmt · Mar 6

Replying to @CardsAgstHrsmt

In which Brock Fredin/"Baron Tharson" accuses CityPages of defamation & wants judges who've granted restraining orders against him removed:



From: Baron Tharson <baron.tharson@gmail.com<mailt
o:baron.tharson@gmail.com>>
Date: March 4, 2017 at 11:35:01 AM MST
To:

Subject: City Pages Article

Remove the story about Brock Fredin. It's highly inaccurate and the reporter
did not read the court transcript. Why do you employ reporters who can't
even do basic research?

You're setting yourself up for a defamation case. Just remove the article and
stop targeting people without full information. It's very irresponsible and that
journalist isn't a journalist. He's an idiot. It's enabling stalkers and physical
threats to his safety. It's just a huge mostly false smear campaign based on
CIVIL restraining orders brought because

                        Your reporter didn't do any real
investigation or even read the court transcripts.

                Nothing to write a story about. I'm ashamed
your organization City Pages would target

I require a response to this email and justification and plan to remove the
article.

**Started (2)**

Petitioning Robert Vischer

**Stop Donating To University St. Thomas Until Enablers Sanctioned/Removed**

UST's law school employs a Judicial Official who has now negligently enabled the sexual assault and harassment of a former UST student.  Problem: Street, through negligence, ignored a death threat, and multiple HRO violations subsequently mocking the victim.  This ultimately led to... Learn more

baron tharson                                    1 supporter

Petitioning Mark Dayton

**Remove Incompetent Judicial Officials in Minnesota**

Remove Colia Ceisel, James Street, and Elizabeth Clydesdale from the Ramsey County family court. These referees enable and endorse revenge porn sexual solicitation. I have tirelessly attempted to protect myself against the ongoing harassment and revenge porn brought on by an... Learn more

baron tharson                                    1 supporter

 1       8       16



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 21

Replying to @CardsAgstHrsmt

Newspaper posts story about serial harasser Brock Fredin.

He demands it be removed.

They don't.

What happens next...will not surprise you:



 7      9      27



**CardsAgstHarassment** @CardsAgstHrsmt · Apr 5

Replying to @CardsAgstHrsmt

TFW you publicly pledge to be "relentless" & "merciless" against women whose repeated message has simply been: do not stalk & harass women.



**Brock Fredin**

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope that ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ will acknowledge their wrongful actions.

It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, ▮▮▮▮▮▮▮▮ and Twitter Defamation => (▮▮▮▮▮▮▮▮) repeatedly retaliated against me

[sections redacted]

I have exhausted most peaceful lawful options. At this point, I am left with describing how these parties and their supporters have sadly abused or endorsed abuse of the legal system and viciously harmed families and men. I will be relentless and merciless until such time their conduct ceases. I will not stop any lawful/peaceful protest until all defamation ends and lawful apologies are made. I am far stronger than you and will go to any depth to ensure your egregious behavior is publicly documented.

↩ 6     ⇄ 12     ♥ 26

 CardsAgstHarassment Retweeted

 **Ryan L.** @ryanlindberg · Apr 5

Replying to @CardsAgstHrsmt

THE HARASSMENT WILL CONTINUE UNTIL MORALE IMPROVES

      2      20



**Ryan L.** @ryanlindberg · Apr 5

THE HARASSMENT WILL CONTINUE UNTIL MORALE IMPROVES

 2           20



**Ryan L.** @ryanlindberg · Mar 21

Replying to @CardsAgstHrsmt

did you hear the news? Brock is, actually, NOT mad on the Internet. 😂

           3



**Angry Trans™** @kaurwn · Mar 21

Replying to @CardsAgstHrsmt

i love that brock has no idea what victim shaming or revenge porn are

           3



**Catrina** @SoNotKidding · Mar 21

Replying to @CardsAgstHrsmt

Oh FFS



← → C ↻ 🔒 Secure | https://www.google.com/search?q=brock+fredin&rlz=1C5CHFA_enUS743US743&oq=brock&aqs=chrome.0.69i59j69i57j69i61l3j35i39.1056j0j7&sou...

brock fredin      

  

**All**    News    Videos    Images    Maps    More         Settings    Tools

About 25,200 results (0.69 seconds)

### Accused Minneapolis-St. Paul stalker Brock Fredin is writing a horror ...
www.citypages.com/news/accused-stalker-brock-fredin-is-writing.../414395703 ▾
Feb 22, 2017 - **Brock Fredin** has restraining orders from two women. Neither victim's ... **Brock Fredin** was cute and seemed like a good match. They agreed to ...
You've visited this page many times. Last visit: 5/5/17

### MILLER v. FREDIN | No. A16-0613. | Leagle.com
www.leagle.com/decision/.../MILLER%20v.%20FREDIN ▾
Jan 23, 2017 - Grace Elizabeth Miller, petitioner, Respondent, v. **Brock Fredin**, Appellant. ... The district court granted Grace Miller a harassment restraining order against **Brock Fredin** after Miller ended their romantic relationship. ... He maintains that the district court failed to make a ...
You've visited this page many times. Last visit: 5/5/17

### CardsAgstHarassment on Twitter: "Women of MN: this is Brock Fredin ...
https://twitter.com/cardsagsthrsmt/status/823941229079470080?lang=en ▾
Jan 24, 2017 - Women of MN: this is **Brock Fredin**, aka Dan/Will. He has at least two restraining orders against him. Please RT to help keep women ...

### Brock Fredin in Minnesota - 1 Record Found - Instant Checkmate
https://www.instantcheckmate.com › People Search › Last Name (F) ▾
**Brock Fredin** was found once in our database. This match was found in 3 cities including Minneapolis, Minnesota, Burnsville, Minnesota & Saint Paul, ...
You've visited this page many times. Last visit: 4/30/17

### Images for brock fredin

          

→ More images for brock fredin              Report images

---

**My Account**
Where you'll find tools to secure and manage your Google Account and control your data



[ GO TO MY ACCOUNT ]

Feedback

---

 **From Google Contacts**
Only you can see this result

# Brock Fredin

[ Update your profile ]

**Other:** brockf12@gmail.com



# B



**Tony Webster** ✔ @webster · Mar 6

I don't think he's endorsing @mikemullen_ on LinkedIn.

> 10. Defendendant Mullen has abdicated ethical Journalism, by declaring and waging publicity wars against his targets. He has combined with others to ruin his targets for the sole purpose of fatiguing them into compliance with his radical agenda.

💬 2　　🔁　　♡ 3　　✉



**Tony Webster** ✔ @webster · Mar 7

I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

> Defendant Mullen is currently employed as a news editor for the city pages.
>
> 8. Apart and aside from his yellow Journalism career, Defendant Mullen maintains extraJudicial conduct with local law enforcement to orchestrate vicious public tabloid attacks. He writes for a bigoted organization that

https://twitter.com/webster/status/1103533157272440832?lang=en

**Tony Webster** @webster · Mar 6
I don't think he's endorsing @mikemullen_ on LinkedIn.

10. Defendendant Mullen has abdicated ethical Journalism, by declaring and waging publicity wars against his targets. He has combined with others to

Defendant Mullen is currently employed as a news editor for the city pages.

8. Apart and aside from his yellow Journalism career, Defendant Mullen maintains extrajudicial conduct with local law enforcement to orchestrate vicious public tabloid attacks. He writes for a bigoted organization that locals call the "star and sickle" identified as the star Tribune. In his column, Defendant Mullen claims to



Have an account? Log in ▾

💬 3    🔁 1    ♡ 2

**Tony Webster** ✓ @webster · Mar 6

I don't think he's endorsing @mikemullen_ on LinkedIn.



💬 2    🔁    ♡ 3

**Tony Webster** ✓ @webster · Mar 7

I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?



💬    🔁    ♡ 1

**Peter Bajurny** 🐌 🐐 @fishmoose · Mar 6
Replying to @webster @citypages @mikemullen_

Among many other people he's suing, which I assume you're aware of

💬 1    🔁    ♡

**Tony Webster** ✓ @webster · Mar 6

Extremely aware and receiving alerts on every filing in every case. Unrelated, I used to work with Brock at a web development shop in town.

💬 1    🔁    ♡ 1

1 more reply

**my lady of the various sorrows** @ravenlily · Mar 6
Replying to @webster @citypages @mikemullen_

Ew. Thanks for the heads up

💬    🔁    ♡

---

🏛 Home    ⚡ Moments

**Tony Webster** ✓

@webster

Journalist, photographer, public records nerd, web engineer. Email: tony@tonywebster.com

📍 Minneapolis, MN

🔗 tonywebster.com

📅 Joined July 2007

© 2019 Twitter    About    Help Center    Terms
Privacy policy    Cookies    Ads info



twitter.com/webster/status/1103476292438491137

Twitter    Home    Moments        Search Twitter    Have an account? Log in ▾

**Tony Webster** ✔
@webster                                    **Follow**    ▾

Brock Fredin, a pretty gross dude convicted for stalking, is suing @CityPages and @mikemullen_ for defamation over this story. His civil complaint was hand-written and mailed from a jail.

> **Accused Minneapolis-St. Paul stalker Brock Fredin...**
> He'd found two victims. Until they found each other.
> citypages.com

9:49 PM - 6 Mar 2019

**1** Retweet  **2** Likes    Largo 😊

💬 3        🔁 1        ♡ 2

**Tony Webster** ✔ @webster · Mar 6        ▾
I don't think he's endorsing @mikemullen_ on LinkedIn.

> 10. Defendandant Mullen has abdicated ethical Journalism, by declaring and waging publicity wars against his targets. He has combined with others to ruin his targets for the sole purpose of fatiguing them into compliance with his radical agenda.

💬 2        🔁        ♡ 3

**Tony Webster** ✔ @webster · Mar 7        ▾
I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

> Defendant Mullen is currently employed as a news editor for the city pages.
>
> 8. Apart and aside from his yellow Journalism career, Defendant Mullen maintains extrajudicial conduct with

© 2019 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

Tony Webster ✔
@webster

Journalist, photographer, public records nerd, web engineer. Email: tony@tonywebster.com

📍 Minneapolis, MN
🔗 tonywebster.com
📅 Joined July 2007

Defendant Mullen is currently employed as a news editor for the city pages.

B. Apart and aside from his yellow journalism career, Defendant Mullen maintains extrajudicial conduct with local law enforcement to orchestrate vicious public tabloid attacks. He writes for a bigoted organization that locals call the "star and sickle" identified as the star Tribune. In his column, Defendant Mullen claims to



☆ **Breyer, K. Jon**

October 8, 2020 at 10:59 AM

KB

RE: Fredin v. Miller, Case No. 18-CV-466

To: brock fredin

I was preparing terms and then I came across these:

https://www.youtube.com/watch?v=pWPAHCN3iZQ

and

http://www.kjonbreyer.com/

I will not have any settlement discussions with you until these (or any others) are taken down.

On Oct 8, 2020, at 1:...

**\*\*FOR SETTLEMENT PURPOSES ONLY\*\***

Let's see if you're telling the truth and if you're negotiating in good faith. The website and video (which only contains truthful information) has been removed. I expect reasonable terms by end of the working day (5PM CST).

**\*\*FOR SETTLEMENT PURPOSES ONLY\*\***

See More

**Breyer, K. Jon**

Re: Fredin v. Miller, Case No. 18-CV-466

To: brock fredin



---

Thank you. I appreciate it.

I can't respond by 5:00 today, but can give you a proposal tomorrow by 5:00 pm. I have a deposition that will last most of the day or I'd get it to you sooner.

---

**From:** brock fredin <brockfredinlegal@icloud.com>
**Sent:** Thursday, October 8, 2020 1:22:31 PM
**To:** Breyer, K. Jon <Jon.Breyer@KutakRock.com>
**Subject:** Re: Fredin v. Miller, Case No. 18-CV-466

[ CAUTION - EXTERNAL SENDER ]

See More from brock fredin





Nickolas Cruiser · 5 days ago

These videos always give me joy

Anne M. Lockner - Minneapolis' Sexiest Attorney



Brock Fredin Harassment Response Center · 3 minutes ago

@Judicial Protest This YouTube channel was created by Brock Fredin. Google Brock Fredin to learn more about Brock Fredin.



Brock Fredin Harassment Response Center · 11 hours ago

This video was created by Brock Fredin, a man who has been involved in litigation resulting from abusive behavior. It is targeting three news reporters and women involved in a case. His abuse extends to the judges who have ruled against him.

REPLY    0 replies ⌄        👍    👎    🤍    ⋮

Haynes Hansen - Minnesota's Premier Ranching Lawyer



Nickolas Cruiser · 5 days ago

These videos always give me joy

Brock Fredin Harassment Response Center · 3 minutes ago

@Judicial Protest This YouTube channel was created by Brock Fredin. Google Brock Fredin to learn more about Brock Fredin.

Anne M. Lockner - Minneapolis' Sexiest Attorney



Brock Fredin Harassment Response Center · 29 minutes ago
To learn more about Brock Fredin, google Brock Fredin.

REPLY   0 replies

Judge Hildy Bowbeer -
Conceals Law Enforcement
Misconduct

Doc. 223

**Latest comments**

Brook Fredir Harassment Response Center commented: "To learn how about Brook Fredir, google Brook

Brook Fredir Harassment Response Center commented: "The YouTube channel was created by Brook Fredir. Google Brook Fredir to learn more about Brook Fredir"

**More notifications**

Brook Fredir Harassment Response Center commented: "To learn how about Brook Fredir, google Brook

Brook Fredir Harassment Response Center commented: "The YouTube channel was created by Brook Fredir. Google Brook Fredir to learn more about Brook Fredir"

Brook Fredir Harassment Response Center commented: "To learn how



**B** Brock Fredin Harassment Response Center · 11 hours ago

This video was created by Brock Fredin, a man who has been convicted for harassing or stalking three different women. It is cruel. It is targeting the attorneys representing women harassed after and the judges who have ruled against him.

REPLY · 0 replies ⌄ · 👍 · 👎 · ♡ · ⋮

Haynes Hansen -
Minnesota's Premier
Ranching Lawyer



Brock Fredin Harassment Response Center · 11 hours ago

This video was created by Brock Fredin, a man who has been convicted for violating a restraining order. Through his account, he is targeting the attorneys who are serving women in the node after and the judges who have ruled against them.

REPLY     0 replies

👍     👎     🤍

CASE 0:18-cv-00466-SRN-HB   Doc. 223   Filed 11/25/20   Page 68 of 73



Haynes Hansen - Minnesota's Premier Ranching Lawyer



Anonymous870366626
2 years ago



This post was created by Brock Fredin, a serial rapist, stalker, and harasser of women in the Minneapolis/St. Paul area. Brock Fredin frequently posts to this website under various aliases in an effort to harass women. To understand the full scope of who Brock Fredin is and why he frequently posts to this website, you can visit http://brockfredinharassment.com and http://www.brockfredinharassment.com. Brock Fredin is currently awaiting three criminal trials in the state of Minnesota, punishable by up to a year in prison, awaiting trial.

Criminal defamation is a serious offense in the state of Minnesota, punishable by up to a year in prison.

M R · 1 week ago

Please don't let this creep's videos influence your voting decisions.
He's a serial stalker and harasser who makes smear sites and videos
about every judge and lawyer who tries to help his victims. Judge Diamond
was one of them - he approved the victims' restraining order petitions.

M R · 1 week ago

Please don't let this creep's videos influence your voting decisions.
He's a serial stalker and harasser who makes smear sites and videos
about every judge and lawyer who tries to help his victims. Judge Diamond
was one of them - he approved the victims' restraining order petitions.

M R · 1 week ago

Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear
sites and videos about every judge and lawyer who rules in favor of his victims. Judge Vuelo sent him to jail for stalking
a woman, which is why this guy is spewing vitriol all over the internet.

M R · 1 week ago

Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear
sites and videos about every judge and lawyer who tries to help his victims. Judge Ross was one of them - when the
creep appealed one of the (three) restraining orders against him, Judge Ross upheld it, which is why this guy is spewing
vitriol all over the internet.



**M R** · 1 week ago

Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear sites and videos about every judge and lawyer who rules in favor of his victims. Judge Vuelo sent him to jail for stalking a woman, which is why this guy is spewing vitriol all over the internet.

Show less

M R · 1 week ago

@Jill Stefansen Please don't let this creep's videos influence your voting decisions. He's a serial stalker and harasser who makes smear sites and videos about every judge and lawyer who tries to help his victims. Judge Ross was one of them - when the creep appealed one of the (three!!!) restraining orders against him, Judge Ross upheld it, which is why this guy is spewing vitriol all over the internet.